IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KING, ET AL., :
 : Consolidated Under
　　Plaintiff, : MDL DOCKET NO 875
 :
v. :
 : CASES LISTED IN EXHIBIT
 : "A" ATTACHED
E.I. DUPOUNT DE NEMOURS AND :
 :
CO., ET AL., :
 :
　　Defendants. :

### O R D E R

**AND NOW**, this **25th** day of **August 2010** it is hereby **ORDERED** that Defendant's Motion to Dismiss (doc. 17) in the cases listed in Exhibit "A", attached, filed on October 11, 2009, is **GRANTED**.

　　　　　　　　　　　　AND IT IS SO ORDERED.

　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**

Exhibit A

| | E.D. PA Case No. | Plaintiff Name |
|---|---|---|
| 1 | 2:07-cv-71917-ER | Ackie, Aldwin Clement |
| 2 | 2:07-cv-71921-ER | Adkins, George J. (Deceased) |
| 3 | 2:07-cv-71934-ER | Anderson, Joseph Calvin, Jr. |
| 4 | 2:07-cv-71968-ER | Bedford, John Henry (Deceased) |
| 5 | 2:07-cv-71977-ER | Bess, Neal , Sr. (Deceased) |
| 6 | 2:07-cv-71986-ER | Black, Willie (Deceased) |
| 7 | 2:07-cv-71994-ER | Boone, Roosevelt (Deceased) |
| 8 | 2:07-cv-72015-ER | Brown, Louis |
| 9 | 2:07-cv-72054-ER | Canady, Vernon Carl, Sr. (Deceased) |
| 10 | 2:07-cv-72060-ER | Carmouche, John , Jr. (Deceased) |
| 11 | 2:07-cv-72061-ER | Carr, Ben (Deceased) |
| 12 | 2:07-cv-72087-ER | Collins, James Clyde, Sr. |
| 13 | 2:07-cv-72123-ER | Denton, William Howard |
| 14 | 2:07-cv-72127-ER | Diaz, Joe Soria |
| 15 | 2:07-cv-72137-ER | Dorsey, Willie , Sr. (Deceased) |
| 16 | 2:07-cv-72139-ER | Douglas, Weppie (Deceased) |
| 17 | 2:07-cv-72140-ER | Dousay, Gervis C. (Deceased) |
| 18 | 2:07-cv-72152-ER | Edison, Wilbert (Deceased) |
| 19 | 2:07-cv-72154-ER | Edwards, Carl (Deceased) |
| 20 | 2:07-cv-72174-ER | Felix, John Lewis (Deceased) |
| 21 | 2:07-cv-72218-ER | Garner, Stony |
| 22 | 2:07-cv-72221-ER | Gay, Kenneth Everett |
| 23 | 2:07-cv-72240-ER | Gonzales, Manuel Ybarra |
| 24 | 2:07-cv-72277-ER | Hall, Mike (Deceased) |
| 25 | 2:07-cv-72292-ER | Harris, Nelva Glenn |
| 26 | 2:07-cv-72297-ER | Hartsell, Michael Wayne |
| 27 | 2:07-cv-72302-ER | Haynes, Eddie (Deceased) |
| 28 | 2:07-cv-72313-ER | Heugatter, Charles Glen (Deceased) |
| 29 | 2:07-cv-72350-ER | Jackson, Clarence Oliver, Jr. |
| 30 | 2:07-cv-72356-ER | Jammer, Marsene , Sr. |
| 31 | 2:07-cv-72397-ER | Jones, Aaron Stephen, Sr. (Deceased) |
| 32 | 2:07-cv-72411-ER | Kelley, Charlie Lee (Deceased) |
| 33 | 2:07-cv-72473-ER | Martin, Jack Frederick |
| 34 | 2:07-cv-72476-ER | Mason, Curtis Lavern, Sr. (Deceased) |
| 35 | 2:07-cv-72488-ER | McCann, Charles Patrick |
| 36 | 2:07-cv-72500-ER | McElveen, Aquilla Hall (Deceased) |
| 37 | 2:07-cv-72507-ER | Meador, Ervin W. (Deceased) |
| 38 | 2:07-cv-72514-ER | Mercer, Joe B., Jr. (Deceased) |
| 39 | 2:07-cv-72522-ER | Mitchell, Raymond Thurman (Deceased) |
| 40 | 2:07-cv-72534-ER | Moorhead, Luther Ernest (Deceased) |
| 41 | 2:07-cv-72538-ER | Morgan, Ronald Dean (Deceased) |
| 42 | 2:07-cv-72543-ER | Mossier, J. R. (Deceased) |

# Exhibit A

| | E.D. PA Case No. | Plaintiff Name |
|---|---|---|
| 43 | 2:07-cv-72574-ER | Parham, Cecil Ivan (Deceased) |
| 44 | 2:07-cv-72575-ER | Parker, Dap Gene |
| 45 | 2:07-cv-72585-ER | Patton, Thomas |
| 46 | 2:07-cv-72611-ER | Porter, Harry Lee, Sr. (Deceased) |
| 47 | 2:07-cv-72622-ER | Raines, Manuel Lee |
| 48 | 2:07-cv-72654-ER | Roberts, Stewart Hunter |
| 49 | 2:07-cv-72669-ER | Russell, Francis Oliver (Deceased) |
| 50 | 2:07-cv-72712-ER | Skaggs, Charles |
| 51 | 2:07-cv-72730-ER | Sparks, Raymond Dale |
| 52 | 2:07-cv-72734-ER | Spurgeon, Virgil Martin (Deceased) |
| 53 | 2:07-cv-72741-ER | Stephney, Robie Jewel (Deceased) |
| 54 | 2:07-cv-72743-ER | Stewart, Ronald Glynn, Sr. |
| 55 | 2:07-cv-72752-ER | Tacker, Charles Edward |
| 56 | 2:07-cv-72762-ER | Thomas, Samuel (Deceased) |
| 57 | 2:07-cv-72822-ER | Watts, Euel Elmo, Jr. |
| 58 | 2:07-cv-72823-ER | Weaver, Joe Burtis, Sr. (Deceased) |
| 59 | 2:07-cv-72830-ER | Wheeler, Charles Ray |
| 60 | 2:07-cv-72834-ER | White, Charles Thomas |
| 61 | 2:07-cv-72838-ER | Whitesides, Robert Lafayette |
| 62 | 2:07-cv-72854-ER | Williams, Joseph, Sr. (Deceased) |
| 63 | 2:07-cv-72869-ER | Wolfe, Robert M., Sr. |
| 64 | 2:07-cv-72874-ER | Woodard, Henry, Jr. (Deceased) |
| 65 | 2:07-cv-72884-ER | Wright, Robert Henry (Deceased) |
| 66 | 2:07-cv-72905-ER | Aluiso, Julio D., Sr. |
| 67 | 2:07-cv-72909-ER | Anderson, Roy Lee (Deceased) |
| 68 | 2:07-cv-72911-ER | Arnold, Raymond D. (Deceased) |
| 69 | 2:07-cv-72912-ER | Atzenhofer, Fred, Jr. |
| 70 | 2:07-cv-72957-ER | Cartwright, Elmer (Deceased) |
| 71 | 2:07-cv-72966-ER | Clark, Larry N. (Deceased) |
| 72 | 2:07-cv-72992-ER | Driver, Clarence M. (Deceased) |
| 73 | 2:07-cv-72996-ER | Dvorak, Jaro John (Deceased) |
| 74 | 2:07-cv-73000-ER | Elliott, Lester (Deceased) |
| 75 | 2:07-cv-73013-ER | Foster, Kenneth Wayne |
| 76 | 2:07-cv-73023-ER | Garcia, Faustino M. |
| 77 | 2:07-cv-73062-ER | Hester, James C. |
| 78 | 2:07-cv-73096-ER | Kastner, Leonard Ray |
| 79 | 2:07-cv-73124-ER | Mathews, Calvin Clark (Deceased) |
| 80 | 2:07-cv-73135-ER | McPhail, Will Harold (Deceased) |
| 81 | 2:07-cv-73139-ER | Modica, Jerry Lee |
| 82 | 2:07-cv-73156-ER | Novosad, Joe William (Deceased) |
| 83 | 2:07-cv-73170-ER | Patterson, Delbert (Deceased) |
| 84 | 2:07-cv-73179-ER | Prince, Charles L. (Deceased) |

# Exhibit A

| | E.D. PA Case No. | Plaintiff Name |
|---|---|---|
| 85 | 2:07-cv-73225-ER | Stewart, Charles W., Jr. (Deceased) |
| 86 | 2:07-cv-73259-ER | Wyrick, Walter Clarence |

**CERTIFICATE OF SERVICE**
**(TX-E MEMORANDUM AND ORDER - 8/25/10)**

**MAILED TO:**

| | | |
|---|---|---|
| KAREN M. ALVARADO | WARREN A. GAGE | CHERYL D. OLESEN |
| STEVEN T. BARON | FRANCIS G. HARMON | HUBERT OXFORD |
| PARKER BOND BINION | FRANK W. HARMON | JAMES POST |
| JOSEPH C. BLANKS | MARK A. HENDRIX | JOSEPHINE H RANDALL |
| DAVID W. BURNS | TODD KALE | GEORGE T. SHIPLEY |
| CHRISTA NOL CHANCE | CHRISTINE S KIBBE | GERALD BYRO SIMS |
| HUBERT A. CROUCH | TODD KISSNER | WILLIAM MIL THOMAS |
| ROBERT E. DODSON | RICHARD J. LORENZ | JO B. WHITTENBUR |
| GERARD C. FOSCO | DAVID G. MATTHIESEN | |

**EMAILED TO:**

| | | |
|---|---|---|
| ALEX E. COSCULLUEL | JASON W FATHEREE | NORMAN W. PETERS |
| ANN HARPER | GAIL CUCANI JENKINS | RAYMOND GLE RANDLE |
| ANDRE M. LANDRY | JOHN ROBERT HENDERSON | STUART C ATWELL |
| ARTHUR R. ALMQUIST | CHRISTI G. JONES | SEAN M. HIGGINS |
| BARBARA JAN BARRON | JEFF WHITFIELD | BURTIS STEP RICE |
| C. ROBERT MACE | KIRK TODD FLORENCE | R. LYN STEVENS |
| A CHRISTOPH DERDEN | LARRY E. COTTEN | MARK G. ZELLMER |
| JAMES LANE WARE | FRED LEE BUTLER | TORI SMITH LEVINE |
| D. ALLAN JONES | LESLIE M. HENRY | THOMAS W. TAYLOR |
| DAVID W. LEDYARD | SANDRA F. CLARK | KIRK E. MARTIN |
| EDWARD M. CARSTARPHE | | |